APRIL RAMIREZ, SBN 319760
april@theramirezlegalgroup.com
THE RAMIREZ LEGAL GROUP
132 S. Lasky Drive, Suite 350
Beverly Hills, CA 90212
Telephone:  800-411-0428
Facsimile:   424-401-7375

Attorneys for Plaintiff RICARDO TORRES

ALEXANDRA ASTERLIN, SBN 221286
alexandra.asterlin@ogletree.com
ALYSSA C. MALINOSKI, SBN 322794
alyssa.malinoski@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:  916-840-3150
Facsimile:   916-840-3159

Attorneys for Defendants APTIM CORP. and HIGH DESERT SUPPORT SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APTIM, CORP.; HIGH DESERT SUPPORT SERVICES, LLC; and DOES 1-30, inclusive,<br><br>　　　　Defendant. | Case No. 5:25-cv-01536-HDV-SSC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:　April 9, 2025<br>Removal Filed:　June 20, 2025<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Hon. Stephanie S. Christensen |

**TO THIS HONORABLE COURT:**

Plaintiff Ricardo Torres and Defendants Aptim Corp. and High Desert Support Services, LLC (collectively, the "Parties") hereby jointly notify the Court that a settlement has been reached in the above-captioned case.

On November 12, 2025, the parties engaged in private mediation with Jonathan A. Weinman, Esq., successfully reaching a comprehensive settlement of the entire action.

The Parties would like to avoid any additional expense and further the interests of judicial economy. Therefore, the Parties apply to this Honorable Court to vacate all currently set dates and deadlines with the expectation that the dismissal with prejudice as to the entire case will be filed within 60 days.

DATED: November 18, 2025         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Alyssa C. Malinoski*
    Alexandra Asterlin
    Alyssa C. Malinoski

Attorneys for Defendants APTIM CORP. and HIGH DESERT SUPPORT SERVICES, LLC

DATED: November 18, 2025         THE RAMIREZ LEGAL GROUP

By: */s/ April Ramirez*
    April Ramirez

Attorneys for Plaintiff RICARDO TORRES